IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID OLIVER ALLEN,                                    No. CV 07-2434 MJJ (PR)

        Plaintiff(s),
                                                       **JUDGMENT IN A CIVIL CASE**
  v.

W. COCKE, et al.,

        Defendant(s).
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED without prejudice. Judgment is entered in favor of Defendants and against Plaintiffs.

Dated: July 31, 2007                                   Richard W. Wieking, Clerk

                                                       *[signature]*

                                                       By: Edward Butler
                                                       Deputy Clerk