UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OLIVER ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>W COCKE et al,<br><br>        Defendant. | Case Number: CV07-02434 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Oliver Allen
Santa Rita Jail
Prisoner Id K-39029
5325 Broder Blvd.
Dublin, CA 94568

Dated: July 31, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk